**Claims Chart Comparison between U.S. Des. 467,045**
**and**
**Design Sold as "Petmate iTALiA Collection" by**
**Doskocil Manufacturing Company, Inc. d/b/a Petmate**

|  |  |
|:---:|:---:|
| **Des. 467,045** | **Accused Infringing Product** |

Figure 13 is a top plan view thereof;





FIG. 14 is a top plan view thereof, with both bowls removed for clarity of disclosure;



